

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00085-CV

BP AUTOMOTIVE, L.P. D/B/A BOSSIER DODGE, Appellant

V.

RML WAXAHACHIE DODGE, L.L.C.; RML WAXAHACHIE FORD, L.L.C.; RLJ-MCLARTY-LANDERS AUTOMOTIVE HOLDINGS, L.L.C.; AND RML WAXAHACHIE GMC, L.L.C., Appellee

Appeal from the 87th District Court of Freestone County.   (Tr. Ct. No. 10-030-B).

**TO THE 87TH DISTRICT COURT OF FREESTONE COUNTY, GREETINGS:**

Before this Court, on the 18th day of September 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal, which was transferred to this Court from the 10th Court of Appeals pursuant to Misc. Docket No. 12-908 (Tex. Jan. 20, 2012), from the final judgment signed by the trial court on September 22, 2011. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment granting appellees' traditional motion for summary judgment based on collateral estoppel.   Accordingly, the Court reverses this portion of the trial court's judgment.

The Court further holds that there was reversible error in the portion of the trial court's judgment granting appellees' no-evidence motion for summary judgment on appellant's breach of contract, tortious interference with prospective

business relations, unfair competition by misappropriation, quantum meruit, and fraud claims. Accordingly, the court reverses this portion of the trial court's judgment and remands these claims for further proceedings.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court affirms the remaining portions of the trial court's judgment.

The Court further remands the case to the trial court for further proceedings.

The Court orders that the appellant, BP Automotive, L.P. d/b/a Bossier Dodge, pay one half of the appellate costs. The Court orders that the appellees, RML Waxahachie Dodge, L.L.C.; RML Waxahachie Ford, L.L.C.; RLJ-McLarty-Landers Automotive Holdings, L.L.C.; and RML Waxahachie GMC, L.L.C., jointly and severally, pay one half of the appellate costs.

The Court orders that this decision be certified below for observance.

Judgment rendered September 18, 2014.

Panel consists of Chief Justice Radack and Justices Higley and Huddle. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

